**Order entered April 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00346-CV

### IN THE INTEREST OF A.T., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-22153**

## ORDER

Before the Court is appellant's April 16, 2019 Motion to Extend Time to File Appellant's

Brief. We **GRANT** the motion to the extent we **ORDER** appellant to file appellant's brief by

**May 10, 2019.**

/s/     DAVID J. SCHENCK
            PRESIDING JUSTICE